■ SHERYL ROSEN, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of BURLINGTON INDUSTRIES, INC., Appellant, v BURLINGTON INDUSTRIES, INC., et al., Respondents.—Order, Supreme Court, New York County (Edward Lehner, J.), entered on June 7, 1988, unanimously affirmed, for the reasons stated by Edward Lehner, J. Respondents shall recover of appellant one bill of $250 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Ross, Asch and Kassal, JJ.

■ GRACIE SQUARE HOSPITAL, Respondent, v CRAIG SMYTH, Appellant and Third-Party Plaintiff, et al., Third-Party Defendants.—Order of the Appellant Term of the Supreme Court, First Department (Sandifer and Parness, JJ.; McCooe, J., dissenting), entered on April 21, 1989, affirming an order of the Civil Court, New York County (Richard S. Lane, J.), entered on June 30, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Asch and Kassal, JJ.